# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | C.A. No. 2:22-cv-282 <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Before the Court is Plaintiff, Koninklijke KPN N.V.'s Motion for leave to file under seal its Complaint against Telefonaktiebolaget LM Ericsson and Ericsson Inc. After consideration, Court is of the opinion that the motion should be GRANTED.

IT IS SO ORDERED.

1