# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br> Plaintiff, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | Case No. 2:22-cv-282-JRG <br><br> JURY TRIAL DEMANDED |

## STIPULATED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff KPN N.V. ("KPN") and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (together, "Ericsson") respectfully move the Court to dismiss with prejudice all claims and counterclaims in the present action related to U.S. Patent No. US 7,092,705.

For the avoidance of doubt, this stipulation shall have no effect on any claim or counterclaim related to U.S. Patent Nos. 8,660,560; 8,886,772; 9,372,098; or 10,924,500.

Dated: November 3, 2023

/s/ Andres Healy
Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Savannah Ezelle
Texas State Bar No. 24125223
sezelle@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Facsimile: (713) 654-6666

Respectfully submitted,

/s/ Nicholas Mathews
Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Jonathan Powers

1

Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 505-3843
Facsimile: (206) 516-3883

Tamar Lusztig
New York State Bar No. 5125174
tlusztig@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 336-8330
Fax: (212) 336-8341

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Phone: 903-845-5770

*ATTORNEYS FOR KONINKLIJKE KPN N.V.*

Texas State Bar No. 24098277
jpowers@mckoolsmith.com
Carson D. Young
Texas State Bar No. 24106613
cyoung@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000

Matthew T. Cameron
Texas State Bar No. 24097451
mcameron@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

John Holley
Texas State Bar No. 24078678
jholley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1900 K Street, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000

**ATTORNEYS FOR TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC**

## **CERTIFICATE OF CONFERENCE**

I certify that the Parties have met and conferred in compliance with Local Rule CV 7(h) regarding this Motion, and this Motion is agreed.

*/s/ Andres Healy*

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2023, the foregoing document and its attachments were served on all parties by email.

*/s/ Andres Healy*