# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br> Plaintiff, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | Case No. 2:22-cv-282-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)

Plaintiff Koninklijke KPN N.V. ("KPN") and Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc. (collectively, "Ericsson") (collectively with KPN, "Parties") have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully jointly move to dismiss with prejudice KPN's claims against Ericsson in this action and dismiss without prejudice Ericsson's counterclaims and defenses. The Parties further request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

|  |  |
|---|---|
| Dated: January 15, 2024 | Respectfully submitted,<br><br>/s/ *Andres C. Healy*<br>Lexie G. White<br>Texas State Bar No. 24048876<br>lwhite@susmangodfrey.com<br>Savannah Ezelle<br>Texas State Bar No. 24125223<br>sezelle@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Phone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Andres C. Healy<br>Washington State Bar No. 45578<br>ahealy@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101-3000<br>Phone: (206) 505-3843<br>Facsimile: (206) 516-3883<br><br>Tamar Lusztig<br>New York State Bar No. 5125174<br>tlusztig@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Phone: (212) 336-8330<br>Fax: (212) 336-8341<br><br>S. Calvin Capshaw<br>Texas State Bar No. 03783900<br>ccapshaw@capshawlaw.com<br>Elizabeth L. DeRieux<br>Texas State Bar No. 05770585<br>ederieux@capshawlaw.com<br>**CAPSHAW DERIEUX, LLP**<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Phone: 903-845-5770<br><br>***Attorneys for Koninklijke KPN N.V.*** |

Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

/s/ *Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Jonathan Powers
Texas State Bar No. 24098277
jpowers@mckoolsmith.com
Carson D. Young
Texas State Bar No. 24106613
cyoung@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Matthew T. Cameron
Texas State Bar No. 24097451
mcameron@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752
Telecopier: (512) 692-8744

John Holley
Texas State Bar No. 24078678
jholley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1900 K Street, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670

Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR
TELEFONAKTIEBOLAGET LM
ERICSSON AND ERICSSON INC**

**CERTIFICATE OF CONFERENCE**

I certify that the Parties have met and conferred in compliance with Local Rule CV 7(h) regarding this Motion, and this Motion is agreed.

                                                  */s/ Nicholas Mathews*
                                                  Nicholas Mathews

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2024, the foregoing document and its attachments were served on all parties by email.

                                                  */s/ Nicholas Mathews*
                                                  Nicholas Mathews